ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JOSE ERNESTO PEREZ MORALES, RAMON SANTANA, EGGY ROCHA, ARIEL DELGADO, DENNIS FRANCIS, JOSE ELIAS ALMONTE GABRIEL, LEONEL GARCIA-GONZALEZ, JUAN SORTO, MICHELL GONZALEZ-BENITEZ, MANUEL MORENO-RENTERIA, GEOVANNY ZAMBRANO, MANUEL SANCHEZ-PENZO, ERICK ALBERTO VALLADOLID-LERMA, DAMIS FELLOVE, OCTAVIO REYES-MORALES, DUBAL PERERA, JOSE ALMONTE-PENA, LUIS FRIAS, and MIGUEL MORA, | ) | |
| Petitioners, | ) | |
| v. | ) | CV 309-040 |
| FEDERAL BUREAU OF PRISONS, CORRECTIONS CORPORATION OF AMERICA, MCRAE CORRECTIONAL FACILITY, and WALT WELLS, Warden, | ) | |
| Respondents. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 4). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Federal Bureau of Prisons, the Corrections Corporation of America, and McRae Correctional Facility are **DISMISSED** from this case, the petition

filed pursuant to § 2241 is **DISMISSED** because Petitioners are not entitled to the relief they seek, and this civil action is **CLOSED**.

SO ORDERED this 10th day of July, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE